IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

        Plaintiff,                                 No. CIV S-05-1235 GEB GGH P

    vs.

ARNOLD SCHWARZENNEGGER, et al.,

        Defendants.                      FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has separately issued an order addressing the complaint. The court found that the complaint stated a colorable claim for relief as to defendant Schwarzennegger. The court found that the claims against defendants California Board of Prison Terms and the Officer of Administrative Law were not colorable. For the reasons stated in that order, the court now recommends dismissal of the claims against these defendants.

        IT IS HEREBY RECOMMENDED that the claims against defendants California Board of Prison Terms and the Office of Administrative Law be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court. The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED:   1/30/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
stai1235.56