IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

      Plaintiff,                      No. CIV S-05-1235 GEB GGH P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.

_____/         ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's amended complaint filed April 25, 2006.

        In the amended complaint, plaintiff seeks injunctive relief only. Named as a defendant is former Governor Gray Davis. Defendant Davis cannot respond to an order granting plaintiff's request for injunctive relief. Accordingly, the court will not order service of defendant Davis. The other named defendants can respond to an order granting plaintiff's request for injunctive relief.

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Arnold Schwarzenegger, Commissioner Welch, Commissioner Quintiliani.

2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed April 25, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 3 above; and

   d. Four copies of the endorsed amended complaint filed April 25, 2006 .

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  11/1/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
sta1235.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

      Plaintiff,                    No. CIV S-05-1235 GEB GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,    <u>NOTICE OF SUBMISSION</u>

      Defendants.               <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the _____
                                Complaint/Amended Complaint

DATED:

                                       _____
                                          Plaintiff