1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IVAN VON STAICH,

11          Plaintiff,                    No. CIV S-05-1235 GEB GGH P

12      vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14          Defendants.                  ORDER

15   _____/

16          Defendant has filed a request for extension of time to file a response to plaintiff's

17   second amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that defendant's

18   response to the second amended complaint is due thirty days from the date of this order.

19   DATED: 2/5/07

20                                        /s/ Gregory G. Hollows
                                          _____
21                                        GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
22

23

24   sta1235.eot

25

26

                                    1