1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IVAN VON STAICH,

11              Plaintiff,                    No. CIV S-05-1235 GEB GGH P

12        vs.

13   ARNOLD SCHARZENEGGER, et al.,

14              Defendants.                   ORDER

15   _____/

16              On November 29, 2007, plaintiff filed a third amended complaint pursuant to the

17   November 7, 2007, order.  Good cause appearing, IT IS HEREBY ORDERED that within twenty

18   days of the date of this order defendants shall file a response to the third amended complaint.

19   DATED: 12/6/07

20                                            /s/ Gregory G. Hollows
                                             _____
21                                           UNITED STATES MAGISTRATE JUDGE

22

23   st1235.ord

24

25

26

                                              1