IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

    Plaintiff,                   2:05-cv-1235-GEB-GGH-P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 7, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 7, 2007, are adopted in full;

2. Defendants' March 7, 2007, motion to dismiss is granted as to claims 1-5, 7-8, 9, 12;

3. Defendants' March 7, 2007, motion to dismiss is denied as to claim 10; and

4. Claim 11 is dismissed sua sponte for failing to state a colorable claim for relief.

Dated: January 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge