IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

    Plaintiff,                    No. CIV S-05-1235 GEB GGH P

    vs.

ARNOLD SCHARZENEGGER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's January 9, 2008 motion for the appointment of counsel is denied.

DATED: 02/20/08

        /s/ Gregory G. Hollows

        _____
        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

GGH:bb:stai1235.31