IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **IVAN VON STAICH,**<br><br>Plaintiff,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:05-CV-1235 DEB GGH P<br><br>**ORDER VACATING SCHEDULING ORDER PENDING ADJUDICATION OF MOTION FOR SUMMARY JUDGMENT** |

Defendants' motion to vacate the pretrial dates and the trial date pending adjudication of the motion for summary judgment was considered by this Court and, good cause appearing,

IT IS ORDERED that the dates established for the filing of pretrial statements and trial are vacated. Those dates will be reset, if necessary, after the Court rules on Defendants' motion for summary judgment.

Dated: January 20, 2009

/s/ Gregory G. Hollows
_____
United States District Court Magistrate Judge

stai1235.vac