IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **IVAN VON STAICH,** | CASE NO.: 2:05-CV-1235 GEB GGH P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY TO SUMMARY JUDGMENT OPPOSITION** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al. ,** | |
| Defendants. | |

Defendants' first request for an extension of time to file a reply brief to Plaintiff's summary judgment opposition was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a fifteen-day extension, from the date of service of this order, to file a reply brief to Plaintiff's summary judgment opposition.

Dated: January 20, 2009

/s/ Gregory G. Hollows
_____
United States District Court Magistrate Judge

stai1235.eot